FILED: July 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7333

(3:05-cv-00879)

_____

GREGORY BRENT CHRISTIAN

       Petitioner - Appellant

v.

DAVID BALLARD

       Respondent - Appellee

and

MARK A. BEZY, Warden, U.S. Penitentiary, Terre Haute; STATE OF WEST VIRGINIA; DARRELL MCGRAW; TERESA WAID, Warden, Huttonsville Correctional Center

       Respondents

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix and to exceed the length limitations, the court grants the motion.

The supplemental appendix shall not exceed 55 pages and shall be filed on or

before 07/24/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk